# EXHIBIT A

Attachment 1
State Court Record

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Lorenzo R Taylor Sr vs Conagra Brands Inc

| | |
|---|---|
| Case Number | 49D11-2204-CC-010931 |
| Court | Marion Superior Court 11 |
| Type | CC - Civil Collection |
| Filed | 04/04/2022 |
| Status | 04/04/2022 , Pending  (active) |

## Parties to the Case

**Defendant**   Conagra Brands Inc C/O CT Corporation Systems

Address
334 N Senate AVE
Indianapolis, IN 46204

**Plaintiff**   Taylor Sr., Lorenzo R

Address
5251 Pin Oak DR
Indianapolis, IN 46254

Attorney
Pro Se

## Chronological Case Summary

**04/04/2022**   **Case Opened as a New Filing**

**04/04/2022**   **Appearance Filed**
  For Party:        Taylor, Lorenzo R SR
  File Stamp:       04/04/2022

**04/04/2022**   **Complaint/Equivalent Pleading Filed**
  Filed By:         Taylor, Lorenzo R SR
  File Stamp:       04/04/2022

**04/04/2022**   **Subpoena/Summons Filed**
  Filed By:         Taylor, Lorenzo R SR
  File Stamp:       04/04/2022

**04/05/2022**   **Service Issued**
  SUMMONS- TRACKING # 9402114902675317523186
  Requested By:     Taylor, Lorenzo R SR
  Serve To:         Conagra Brands Inc C/O CT Corporation Systems
  Issued:           04/05/2022

**04/22/2022**   **Certified Mail Returned**
  GREEN CARD SIGNED
  Party Served:     Conagra Brands Inc C/O CT Corporation Systems

| 05/06/2022 | Correspondence to/from Court Filed |
|---|---|
| | LETTER SENT TO COURT |

|  | Filed By: | Taylor, Lorenzo R SR |
|---|---|---|
|  | File Stamp: | 05/06/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Taylor Sr., Lorenzo R
Plaintiff

Balance Due (as of 05/06/2022)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/04/2022 | Transaction Assessment | 157.00 |
| 04/04/2022 | Counter Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA   )   IN THE _____ COURT
                   ) SS:
COUNTY OF _____   )   Case Number: 49D11 2204 ... 010?31
                       *(To be supplied by Clerk when case is filed.)*

*(Caption)*

**FILED**

APR 04 2022  (408)

APPEARANCE BY ATTORNEY IN CIVIL CASE

This Appearance Form must be filed on behalf of every party in a civil case.

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

1. The party on whose behalf this form is being filed is:
   Initiating  X          Responding ____     Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party  **Plaintiff - Lorenzo Taylor Sr.**

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   **5251 Pin Oak Drive Indianapolis Indiana 46254**

   Telephone # of party **(317) 435-4322**

   FAX: _____

   Email Address: **ltaylor.rt@gmail.com**

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: _____   Atty Number: _____
   Address: _____
   _____
   Phone: _____
   FAX: _____
   Email Address: _____

   *(List on continuation page additional attorneys appearing for above party)*

3. This is a Civil case type as defined in administrative Rule 8(B)(3).
   Collection

4. I will accept service from other parties by:

   FAX at the above noted number: Yes ____ No ____ .

   Email at the above noted number: Yes ✓ No ____

5. This case involves child support issues. Yes ____ No ✓ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No ✓ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

   _____ Attorney's address

   _____ The Attorney General Confidentiality program address

   (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

   _____ Another address (provide)

   _____

7. This case involves a petition for involuntary commitment. Yes ____ No ✓

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

   b. State of Residence of person subject to petition: _____

   c. At least one of the following pieces of identifying information:
      (i) Date of Birth _____
      (ii) Driver's License Number _____
          State where issued _____ Expiration date _____
      (iii) State ID number _____
          State where issued _____ Expiration date _____
      (iv) FBI number _____

(v) Indiana Department of Corrections Number _____

(vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

9. There are related cases: Yes ____ No ____ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

   _____

11. There are other party members: Yes ____ No _X_ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached: Yes___ No___

   _____
   Attorney-at-Law
   (Attorney information shown above.)

49D11 2204CC010931    4-4-22

**Complaint:** Harassment, Retaliation, Denial of Pension, Wrongful Termination of employment.

**Plaintiff:** Lorenzo R. Taylor Sr

**Defendant:** Conagra Brands Inc.

**FILED**
APR 04 2022 (408)
Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

Plaintiff worked for Defendant for 25 years when plaintiff says company targeted him in retaliation of claim he filed with the Department of Labor of Fair Labor standards Act, Plaintiff accusses Defendant of Harassment, Slander and ultimately terminated Plaintiff. Plaintiff says Defendant used false and inaccurate write ups to systematically terminate Plaintiff, after Plaintiff accused Defendant in violating FLSA. Defendant had no previous work performance citations / write ups in 25 years, after 4 write ups in 14 months citing job performance.

*Lory. R. Taylor*

49D11220 4CC010331    4-4-22

**Settlement:** Plaintiff seeks damages in the amount of $820,000 and full retirement benefits.

FILED

APR 04 2022  (408)

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

**Years left before retiring:**    14

**Annual Base Salary:**    $45,000 times 14

**Annual Overtime;**    $10,000 times 14

**Financial Pain and Suffering:** 50,000

*Larry R. Taylor*

# SUMMONS

Loranzo R. Taylor Sr.

In the Marion Superior Court, Room No. _____

Plaintiff

Cause No. 49D11 2204 CC 010931

—vs—

ConAgra Brands Inc

c/o CT Corporation System

Defendant

TO DEFENDANT: (Name) ConAgra Brands Inc c/o CT Corporation System
(Address) 334 N. Senate Ave Indianapolis Indiana 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____    Myla A. Eldridge _____ (Seal)
Clerk, Marion Superior Court

APR 0 4 2022

(The following manner of service of summons is hereby designated.)

[ ] Registered or certified mail.
[ ] Service at place of employment, to-wit _____
[ ] Service on individual (Personal or copy) at above address.
[✓] Service on agent. (Specify) CT Corporation System
[ ] Other service. (Specify) _____

Self
**Attorney for Plaintiff**

5251 Pin oak Dr.
**Address**

(317) 435-4322
**Telephone**

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

Form #209

| F | $6.27<br>US POSTAGE IMI<br>04/05/2022<br>From 46204<br>0 lbs 1 ozs<br>Zone 1 |  Pitney Bowes CommPrice | 026W0004897682<br>3000143177 |

## USPS FIRST-CLASS PKG

Marion County Clerk
MARION COUNTY CLERK
200 E Washington St, # T322
Indianapolis IN 46204-3307

**0005**

**C045**

CONAGRA BRANDS INC C/O CT CORPORATION SY
CONAGRA BRANDS INC C/O CT CORPORATION SY
334 N SENATE AVE
INDIANAPOLIS IN 46204-1708

**USPS SIGNATURE TRACKING #**



9402 1149 0267 5317 5231 86

# SUMMONS

Loranzo R. Taylor Sr.
_____ Plaintiff

In the Marion Superior Court, Room No. _____

Cause No. 49D11 2204CC010931

—vs—

ConAgra Brands Inc
c/o CT Corporation System
_____ Defendant

TO DEFENDANT: (Name) ConAgra Brands Inc c/o CT Corporation System
(Address) 334 N. Sanate Ave Indianapolis Indiana 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____
Myla A. Eldridge _____ (Seal)
Clerk, Marion Superior Court

APR 0 4 2022

(The following manner of service of summons is hereby designated.)

☐ Registered or certified mail.
☐ Service at place of employment, to-wit _____
☐ Service on individual  (Personal or copy) at above address.
☑ Service on agent. (Specify) CT Corporation System
☐ Other service. (Specify) _____

Self
**Attorney for Plaintiff**

5251 Pinoak Dr.
Address

(317) 435-4322
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

Form #209


**UNITED STATES POSTAL SERVICE**

Date Produced: 04/11/2022

INDIANA UNIVERSITY - MAIL:

The following is the delivery information for Signature Confirmation™ item number 9402 1149 0267 5317 5231 86. Our records indicate that this item was delivered on 04/07/2022 at 10:26 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

9402114902675317523186
49D112204CC010931
CONAGRA BRANDS INC C/O CT CORPORATION SYSTEM
Indianapolis IN 46204

Case # 49D11-2204-CC-010931
Lorenzo R. Taylor Sr.
    vs
ConAgra Brands Inc

## Request for Court Hearing Date

Retaliation Termination from Employment.

FILED
(196) MAY 06 2022
Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

Lorenzo R. Taylor Sr.

*Lorenzo R. Taylor Sr* (signature)

Ltaylor.rt@Gmail.com
317-435-4322

TRANSMISSION VERIFICATION REPORT

```
TIME   : 03/30/2022 12:37
NAME   :
FAX    :
TEL    :
SER.#  : U63274M6J382478
```

```
DATE,TIME           03/30 12:36
FAX NO./NAME        93172330232
DURATION            00:00:53
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```